

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00089-CV

IN THE INTEREST OF M. J. C., A CHILD

Appeal from the 313th District Court of Harris County (Tr. Ct. No. 2013-06828J)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, M.M.C. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered March 12, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.